UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| GEORGIANA CATHERINE SKELLIE )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CSX TRANSPORTATION, INC., )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | Case No.: 05-CV-616<br>(NAM/DRH) |

NOV -1 2007

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Georgiana Catherine Skellie and Defendant CSX Transportation, Inc., by and through their respective counsel, hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE, each party to bear her or its own costs and attorney's fees.

This the 1st day of November, 2007.

| | |
|---|---|
| s/Ronald G. Dunn | s/Christine A. Samsel |
| Ronald G. Dunn, Esq. (Bar Roll No. 101553) | Christine A. Samsel (Bar Roll No. 106250) |
| Gleason, Dunn, Walsh & O'Shea | Heidi L. Gunst (Bar Roll No. 106243) |
| 40 Beaver Street | Akin Gump Strauss Hauer & Feld, LLP |
| Albany, NY 12207 | 1333 New Hampshire Avenue, N.W. |
| (518) 432-7511 | Washington, DC  20036 |
| Attorneys for Plaintiff | (202) 887-4000 |
| | Attorneys for Defendant |

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: November 1, 2007